**In re Jason E. LAWTON, Bridget L. Lawton, Debtors.**

No. 10–11302.

United States Bankruptcy Court, D. Rhode Island.

Jan. 28, 2011.

Russell D. Raskin, Raskin & Berman, Providence, RI, for Debtors.

### *ORDER OVERRULING CREDITOR'S OBJECTION TO LOSS MITIGATION*

ARTHUR N. VOTOLATO, Bankruptcy Judge.

The factual and legal issues in this case are virtually identical to those raised by the secured creditor in the matter of *In re*

*Sosa*, 443 B.R. 263 (2011). For the reasons expressed in our Decision and Order in *Sosa* dated January 28, 2011, the objection of Ocwen Loan Servicing, LLC as Servicer of Deutsche Bank National Trust Company, Trustee [Doc. No. 16] to the Debtors' Request for Loss Mitigation [Doc. No. 12] is **OVERRULED.**

Entered as an Order of this Court.